|   |   |
|---|---|
| 1 | **BANKRUPTCY LAW CENTER** |
|   | **AHREN A. TILLER (SBN: 250608)** |
| 2 | **CAROLINA KOTZIAS (SBN: 262604)** |
|   | **ANIKA RENAUD-KIM (SBN: 272850)** |
| 3 | 1230 Columbia St., Suite 1100 |
|   | San Diego, CA 92101 |
| 4 | Phone: (619) 894-8831 |
|   | Fax:    (866) 444-7026 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| In Re: | ) | CASE NO.: 10-19365-PB13 |
|---|---|---|
| PATRICIA ANN PIMENTEL, | ) ) ) | **DEBTOR'S DECLARATION IN RESPONSE TO INSOLVE RECOVERY, LLC c/o CAPITAL RECOVERY GROUP, LLC's REPLY TO DEBTOR'S OBJECTION TO CLAIM #7-1** |
|  | Debtors. | ) ) |  |
| _ | ) ) |  |
|  | ) |  |

I, PATRICIA ANN PIMENTEL, hereby declare as follows under penalty of perjury:

1. I am the debtor in the within Chapter 13 proceeding filed on October 29, 2010.
2. I filed an objection to claim #7-1 because it did not include an itemized accounting nor did it include a copy of the writing on which it was based.
3. On January 5, 2015 the creditor, Insolve Recovery, LLC c/o Capital Recovery Group LLC ("Insolve") amended their proof of claim to reduce the amount claimed from $13,203.78 to $6,601.89, attach supporting documentation, and an itemization of the account.
4. On January 8, 2015, Insolve filed a reply to my objection stating that the objection was now moot based upon the supporting documentation.
5. However, upon further inspection of these documents with my attorney, I discovered that there were additional issues with the amount claimed.
6. First, the Trustee has disbursed $7,841.13 to the Insolve to date. See Exhibit "A" attached hereto showing the trustee's disbursements to Insolve. Based upon their amended claim of $6,601.89, Insolve has been paid in full and there is a $1,239.24 overpayment which must be returned to the Chapter 13 Trustee for the benefit of my other creditors.
7. Second, the basis for Insolve's claim for the purchase of four ATVs. Three out of the four ATVs were repossessed and sold prior to my bankruptcy being filed. I never received any documentation showing the proceeds of the ATVs at auction before filing the bankruptcy. Further, I do not see any credit that I received for the sale of the ATVs on the amended proof of claim. I believe that the value of the ATVs at the time of repossession was approximately $600 each, amounting to a total credit of $1,800 towards the balance of my debt.
8. Third, the last statement attached to the proof of claim is dated December 22, 2010, which was a post-petition statement as my case was filed on October 29, 2010. The interest rate was set at 28.99% according to that statement. Any interest charged between November 1 – December 22 would be improper post-petition charges. The statement shows finance charges of $1,135.28 but it is not clear what amount was charged post petition.

- 1 -

1  I declare under penalty of perjury under the laws of the State of California and the United States that
2  the foregoing is true and correct. Executed this 13th of January 2015, in San Diego, California.

*Patricia Ann Pimentel*
Patricia Ann Pimentel, Debtor