Ahren A. Tiller, Esq. (SBN: 250608)
Carolina K. Tiller, Esq. (SBN: 262604)
Anika Renaud-Kim, Esq. (SBN: 272850)
Bankruptcy Law Center, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Phone: (619) 894-8831
Fax:    (866) 444-7026

Attorney for Debtors
Patricia Pimentel

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 10-19365-PB13 |
| PATRICIA PIMENTEL | Chapter 13 |
| Debtor. | WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #7 |

Debtor, Patricia Pimentel, hereby withdraws her Objection to Claim and Notice Thereof, of Proof of Claim #7 for GE Moneybank, filed with the United States Bankruptcy Court, Southern District of California, on December 8, 2014, Docket Number 31.

Dated: March 5, 2015

                                             Bankruptcy Law Center

                                             By: /s/ Ahren A. Tiller
                                             Ahren A. Tiller
                                             Attorney for Debtor

**PROOF OF SERVICE**

I, Nicole Dominguez, the undersigned, declare and certify as follows:

I am over the age of eighteen years and not a party to the within action and employed in the County of San Diego, State of California. I am employed in the office of Bankruptcy Law Center, by members of the Bar of the State of California who are admitted to practice in the above-entitled Court and I made the service referred to below at their direction. My business address is 1230 Columbia St., Ste. 1100 San Diego, Ca 92101.

On *March 5, 2015*, I served true and correct copies of the following documents:

   *(1)      Withdrawal of Objection to Proof of Claim #7*

By the following method(s): *First Class Pre-Paid U.S. Mail/ECF*

On the following parties:

*Thomas H. Billingslea, Trustee*
*Office of the Chapter 13 Trustee*
*401 West A Street, Ste 1680*
*San Diego, CA 92101*

*GE Money Bank*
*c/o B-Line, LLC*
*MSS 550*
*P.O. Box 91121*
*Seattle, WA 98111-9221*

*Insolvancy Group, LLC*
*P.O. Box 8870*
*Milwaukee, WI 53288-0710*

*John H. Kim, Esq.*
*Cooksey, Toolen, Gage, Duffy*
*535 Anton Boulevard, 10th Floor*
*Costa Mesa, CA 92626-1977*

Executed on *March 5, 2015* at San Diego, California.

/s/ Nicole Dominguez
Nicole Dominguez
Legal Secretary
Bankruptcy Law Center
1230 Columbia St., Ste 1100
San Diego, CA 92101